IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHEMANO GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> GENEREX BIOTECHNOLOGY CORPORATION, <br><br> Defendant. <br>_____/ | No. C 07-04156 WHA <br><br> **ORDER RE STIPULATION TO CONTINUE HEARING** |

The Court has received the stipulation to continue hearing on the Shemano Group's motion for summary judgment confirming arbitration award and motion to dismiss counterclaim in interpleader of Generex Biotechnology. Good cause has not been shown, so the request to continue hearing is **DENIED**. The Shemano Group's reply in support of the motion shall be due on **WEDNESDAY, OCTOBER 31, 2007**, at **5:00 P.M.**

**IT IS SO ORDERED.**

Dated: October 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE