IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHEMANO GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> GENEREX BIOTECHNOLOGY CORPORATION, <br><br> Defendant. / | No. C 07-04156 WHA <br><br> **ORDER RE DISMISSAL OF ACTION** |

The Court has received plaintiff's reply brief and declaration in support of the reply brief. According to the reply and attached declaration, William Corbett and Michael Jacks have agreed to dismiss their arbitration action in exchange for a specified sum, Generex agreed to pay the Shemano Group the remainder owed under the arbitration award, and the Shemano Group agreed to dismiss the action with prejudice upon final payment from Generex. If parties will send by **WEDNESDAY, NOVEMBER 7, 2007**, at **9:00 A.M.** the full and complete dismissal of the claims so that the case can be completely closed, then the hearing will be vacated and the case dismissed. If, however, the parties are unable to do so by that time, counsel must appear at the hearing and proceed on the merits.

**IT IS SO ORDERED.**

Dated: October 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE