| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
|   | Email: gserota@howardrice.com |
| 2 | MICHAEL L. GALLO (No. 220552) |
|   | Email: mgallo@howardrice.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY |
|   |     FALK & RABKIN |
| 4 | A Professional Corporation |
|   | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California 94111-4024 |
|   | Telephone:   415/434-1600 |
| 6 | Facsimile:    415/217-5910 |
| 7 | Attorneys for Respondent and Counterclaimant |
|   | GENEREX BIOTECHNOLOGY |
| 8 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

THE SHEMANO GROUP, INC.,

    Petitioner/Claimant,

v.

GENEREX BIOTECHNOLOGY CORPORATION,

    Respondent.

GENEREX BIOTECHNOLOGY CORPORATION,

    Counterclaimant,

v.

THE SHEMANO GROUP, INC.; WILLIAM D. CORBETT; MICHAEL R. JACKS,

    Counterdefendant and Cross-Defendants.

---

No. C 07 4156 WHA

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS
(Fed. R. Civ. Proc. 41)

Judge:    Hon. William Alsup

---

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL     C 07 4156 WHA
-1-

Petitioner and Counterdefendant The Shemano Group, Inc. ("Shemano Group") and Respondent and Counterclaimant Generex Biotechnology Corporation ("Generex"), by and through their respective counsel, hereby stipulate that the above-captioned action—including both Shemano Group's Petition to Confirm Arbitration Award and Generex's Counterclaim In Interpleader—is hereby dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c). It is further stipulated by Shemano Group and Generex that each of them shall bear their own costs and attorneys' fees in connection with the above-captioned action.

DATED: November 5, 2007.

By: _____/s/_____
GEOFFREY GRABER

Attorneys for Petitioner and Counter-defendant
THE SHEMANO GROUP, INC.

DATED: November 5, 2007.

By: _____/s/_____
MICHAEL L. GALLO

Attorneys for Respondent and Counterclaimant
GENEREX BIOTECHNOLOGY.

## ORDER

Based on the foregoing stipulation, the above-captioned action—including both Petitioner and Counter-defendant Shemano Group's Petition to Confirm Arbitration Award and Respondent and Counterclaimant Generex's Counterclaim In Interpleader—is hereby dismissed with prejudice in its entirety and Shemano Group and Generex shall each bear their own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED.

DATED: November 6, 2007

IT IS SO ORDERED
Judge William Alsup

_____
JUDGE OF THE DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL            C 07 4156 WHA
-1-